# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

No: 21-3381

Filed: December 22, 2021

BRIDAL EXPRESSIONS LLC, individually and on behalf of all others similarly situated

    Plaintiff - Appellant

v.                                                                                        1:20cv833 - SO

OWNERS INSURANCE COMPANY

    Defendant - Appellee

## MANDATE

Pursuant to the court's disposition that was filed 11/30/2021 the mandate for this case hereby issues today. Affirmed

COSTS: None